IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORGAN JAMES KANE,

    Petitioner,                    No. CIV S-08-0913 JAM DAD P

    vs.

STEVE MOORE, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 24, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed February 24, 2009, are adopted in full;

2. Respondents' motion to dismiss for failure to exhaust state court remedies (Doc. No. 5), filed on June 30, 2008, is granted; and

3. This action is dismissed without prejudice.

DATED: March 23, 2009

/s/ John A. Mendez

UNITED STATES DISTRICT JUDGE